

# United States District Court
# Eastern District of California

Friends of the Inyo, et al.

Plaintiff(s)

V.

U.S. Forest Service, et al.

Defendant(s)

Case Number: 21-cv-01955-KJM-KJN

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Roger Flynn hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Friends of the Inyo, Western Watersheds Project, Center for Biological Diversity, Sierra Club

On 11/06/1991 (date), I was admitted to practice and presently in good standing in the Colorado Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/26/2021

Signature of Applicant: /s/ Roger Flynn

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Roger Flynn |
| Law Firm Name: | Western Mining Action Project |
| Address: | P.O. Box 349; 440 Main St., #2 |
| City: | Lyons    State: CO    Zip: 80540 |
| Phone Number w/Area Code: | (303) 823-5738 |
| City and State of Residence: | Lyons, Colorado |
| Primary E-mail Address: | roger@wmaplaw.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lisa T. Belenky |
| Law Firm Name: | Center for Biological Diversity |
| Address: | 1212 Broadway, Suite 800 |
| City: | Oakland    State: CA    Zip: 94612 |
| Phone Number w/Area Code: | (510) 844-7107    Bar # 203225 |

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 29, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE