Lisa T. Belenky (CA Bar #203225)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7107
lbelenky@biologicaldiversity.org

Roger Flynn, (CO Bar #21078), Pro Hac Vice
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org

Talasi B. Brooks (Idaho Bar #9712), Pro Hac Vice
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIENDS OF THE INYO, et al. ) | Case No. 2:21-cv-01955-KJM-KJN |
| ) | |
| Plaintiffs, ) | |
| ) | JOINT STIPULATION FOR |
| ) | REVISED BRIEFING |
| v. ) | SCHEDULE TO ALLOW FOR |
| ) | ADDITIONAL DOCUMENTS |
| UNITED STATES FOREST SERVICE, et al., ) | TO BE ADDED TO THE |
| ) | ADMINISTRATIVE RECORD; |
| Defendants, ) | ORDER |
| ) | |
| KORE MINING, LIMITED, ) | |
| ) | |
| Intervenor-Defendant. ) | |

Due to the ongoing discussions between Plaintiffs, Federal Defendants (U.S. Forest Service, USFS), and Intervenor-Defendant Kore Mining regarding the sufficiency of the administrative record, and due to the Federal Defendants' agreement to submit additional

1

documents to include in the record, the parties submit this Joint Stipulation to revise the schedule for summary judgment briefing, and any motion on the record (if the parties cannot reach agreement on the record).

The parties previously proposed a schedule where the Plaintiffs' opening summary judgment motion, and any motion regarding the administrative record, would be filed by February 4, 2022. *See* Joint Status Report, at 4 (Doc. 21). Pursuant to that Joint Status Report, the Plaintiffs and Federal Defendants have been in regular email communication about additional documents that should be included in the record. Although the parties are still in good faith discussion about the documents required to complete the record, the Federal Defendants have agreed to include some documents to the record at this point.

The parties have yet to receive these additional documents (with the associated bates-numbering), and discussions are ongoing regarding additional documents to be included in the completed record. As a result, the final administrative record for this Court's and the parties' review has yet to be submitted.

Accordingly, the parties stipulate and request that the deadlines for briefing on summary judgment, and any motion regarding the administrative record (if the parties are unable to reach an agreement on the record) be revised according to the following schedule. All other provisions of the parties previous Joint Status Report (Doc. 21) would continue to apply.

| | |
|---|---|
| Defendants' submittal of bates-stamped additional record documents: | Feb. 4, 2022 |
| Plaintiffs' summary judgment motion (40 pages), and motion on the record: | Feb. 21, 2022 |
| USFS and KORE cross-motions for summary judgment (40 pages each) and responses to Plaintiffs' motion on the record (if any): | March 21, 2022 |
| Plaintiffs' combined opposition and reply on summary judgment (replying to both USFS and KORE briefs) (40 pages), and reply on record motion: | April 18, 2022 |
| USFS and KORE replies on summary judgment (20 pages each): | May 9, 2022 |
| Oral Argument on pending motions: | At this Court's earliest convenience. |

Further, in light of the parties' agreements and this proposed schedule, the parties request that the Status (Pretrial Scheduling) Conference currently set for February 24, 2022 (Doc. 8) be vacated.

Respectfully submitted, this 28th day of January, 2022,

*/s/ Lisa T. Belenky*
Lisa T. Belenky (CA Bar # 203225)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7107
lbelenky@biologicaldiversity.org

*/s/ Roger Flynn*
Roger Flynn, (CO Bar #21078) *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org

Talasi B. Brooks (Idaho Bar #9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

*Attorneys for Plaintiffs*

UNITED STATES DEPARTMENT OF JUSTICE

*w/ permission*

TYLER ALEXANDER (CA Bar No. 313188)
Trial Attorney
Natural Resources Section
United States Department of Justice
PO Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov

*Attorney for Defendants*

JEFFER MANGELS BUTLER & MITCHELL LLP

*w/ permission*

KERRY SHAPIRO (CA Bar No. 133912)
DANIEL QUINLEY (CA Bar No. 312579 )
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584
kshapiro@jmbm.com

*Attorneys for KORE MINING LIMITED*.

CERTIFICATE OF SERVICE

I, Roger Flynn, hereby certify that I served this Court and all parties with the foregoing, by filing it with this Court's ECF filing system, this 28th day of January, 2022.

*/s/ Roger Flynn*

4

ORDER

The Case Management Schedule proposed in the Joint Status Report, ECF No. 21, as amended by the parties' Joint Stipulation for Revised Briefing Schedule filed on January 28, 2022, ECF No. 28, is approved as the Case Management Order for this case, with the setting of oral argument on the pending motions for June 23, 2022, at 10:00 a.m. before the undersigned. All parties shall comply with its provisions. Further, the Pretrial Scheduling Conference set for February 24, 2022 (Doc. 8) is VACATED and RESET for August 24, 2022, at 2:30 p.m., with the filing of a joint status report due 14 days prior.

DATED: February 9, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE