# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE INYO; WESTERN WATERSHEDS PROJECT; CENTER FOR BIOLOGICAL DIVERSTY; THE SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; LEEANN MURPHY, in her official capacity as Acting Mammoth District Ranger,<br><br>Defendants. | Case No. 2:21-cv-01955 KJM KJN<br><br>ORDER |

Before the Court is Federal Defendants' Unopposed Motion for Extension of Time. The Court having considered the motion, GRANTS the extension. Federal Defendants and Defendant-Intervenors shall file their Combined Cross-Motions for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment by March 28, 2022. Plaintiffs shall file their Combined Opposition and Reply brief by April 25, 2022. Federal Defendants and Defendant Intervenors shall file their Reply briefs by May 16, 2022.

DATED: March 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE